RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 2/13/06
BY DM

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION NO. 02-50067-05 |
| versus | JUDGE TOM STAGG |
| JAMES EDWARD PARKS | |

### ORDER

Before the court is a "Pro Se Application For An Order Admitting Movant To Bail Pending Adjudication And Disposition Of Pending § 2255" filed by *pro se* petitioner James Edward Parks ("Parks"). Record Document 258. After considering the arguments contained therein and the government's response thereto;

**IT IS ORDERED** that Parks's motion be and is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 13th day of February, 2006.

JUDGE TOM STAGG